NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEPHEN D. RABOW,                          )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D17-3683
                                           )
COMPREHENSIVE MEDPSYCH                      )
SYSTEMS, INC.; CHRISTINE F. RYAN           )
and GEOFFREY KANTER,                       )
                                           )
          Appellees.                       )
_____)

Opinion filed March 23, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Sarasota County;
Frederick P. Mercurio, Judge.

Stephen D. Rabow, pro se.

Kelly S. Weaver of Ullman Bursa Law,
Tampa, for Appellees.


PER CURIAM.

          Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.